# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| D.S. and E.I., *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Tallahassee Memorial HealthCare, Inc., <br><br> Defendant. | Case No. 4:23-cv-00540-MW-MAF <br><br> **Judge Mark E. Walker** <br><br> **Magistrate Judge Martin A. Fitzpatrick** |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs D.S. and E.I. and Defendant Tallahassee Memorial HealthCare, Inc. hereby stipulate to the dismissal of this action without prejudice. Each party shall bear their own costs.

Dated: January 22, 2025

| For Plaintiffs: | For Defendant: |
|---|---|
| **CHESTNUT CAMBRONNE PA** | **BAKER & HOSTETLER LLP** |
| */s/ Philip J. Krzeski* <br> Philip J. Krzeski (admitted *pro hac vice*) <br> **CHESTNUT CAMBRONNE PA** <br> 100 Washington Avenue South, Suite 1700 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-7300 <br> Fax: (612) 336-2940 <br> *bbleichner@chestnutcambronne.com* <br> *pkrzeski@chestnutcambronne.com* | /s/ *Julie Singer Brady* <br> Julie Singer Brady <br> Florida Bar No. 389315 <br> Yameel L. Mercado Robles <br> Florida Bar No. 1003897 <br> 200 South Orange Avenue, Suite 2300 <br> Orlando, FL 32801-3432 <br> Telephone: (407) 649-4000 <br> *jsingerbrady@bakerlaw.com* <br> *ymercadorobles@bakerlaw.com* |

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Scott C. Harris
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
*sharris@milberg.com*

Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Telephone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon
**THE LYON LAW FIRM**
2754 Erie Ave.
Cincinnati, Ohio 45208
Telephone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*


Amina A. Thomas (admitted *pro hac vice*)
**COHEN & MALAD LLP**
One Indiana Square, Suite 400
Indianapolis, IN 46204
Telephone: 317-636-6481
Fax: 317-636-2593
*athomas@cohenmalad.com*