# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**D.S.,**

    *Plaintiff,*

**v.**                                                    **Case No.: 4:23cv540-MW/MAF**

**TALLAHASSEE MEMORIAL
HEALTHCARE**

    *Defendant.*

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal without prejudice. ECF No. 50. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on January 22, 2025.**

**s/Mark E. Walker**
**Chief United States District Judge**